```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    PEDRO RUIZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-12-257-LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| PEDRO RUIZ, | ) |
|  | ) Date: October 30, 2012 |
| Defendant. | ) Time: 9:15 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, TODD D. LERAS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of September 5, 2012, be vacated and rescheduled for October 30, 2012, at 9:15 a.m., for a change of plea.

Defense counsel needs additional time to prepare, to review the discovery, and to interview witnesses. Counsel is also awaiting a plea agreement and will need additional time to review the agreement and go over it with Mr. Ruiz.

It is further stipulated and agreed to between the parties that the period from the date of this order to October 30, 2012, should be excluded in computing the time within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)[Local Code T4]. (Reasonable time to prepare).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 27, 2012          Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /s/ Dennis S. Waks
                                DENNIS S. WAKS
                                Supervising Assistant Federal Defender
                                Attorney for Defendant
                                PEDRO RUIZ

                                BENJAMIN B. WAGNER
Dated: August 27, 2012          United States Attorney

                                /S/ Dennis S. Waks for
                                TODD D. LERAS
                                Assistant U.S. Attorney

**ORDER**

For Good cause appearing:

**IT IS ORDERED** that this matter is continued to October 30, 2012, at 9:15 a.m.;

**IT IS FURTHER ORDERED** that the period from September 5, 2012, up to and including October 30, 2012, is excluded pursuant to Title 18, United States Code, §3161(h)(7)(B)(iv)[Local Code T4]. (Reasonable time to prepare); and,

/ / /

/ / /

/ / /

/ / /

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: August 28, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT