```
DENNIS S. WAKS, Bar #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9871

Attorney for Defendant
PEDRO RUIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-12-257-TLN |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| PEDRO RUIZ, | Date: June 13, 2013 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, TODD D. LERAS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, attorney for defendant, that the current Status Conference date of May 9, 2013, be vacated and rescheduled for June 13, 2013, at 9:30 a.m.

Defense counsel needs additional time to prepare, to review the discovery, and to interview witnesses. Counsel is also awaiting a final plea agreement and will need additional time to review the agreement and go over it with Mr. Ruiz, who lives out of the area.

It is further stipulated and agreed to between the parties that the period from the date of this order to June 13, 2013, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate

exclusion of time within the meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)(Reasonable time to prepare) and [Local Code T4].

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: May 6, 2013  Respectfully submitted,

/s/ Dennis S. Waks
DENNIS S. WAKS
Attorney for Defendant
PEDRO RUIZ

Dated: May 6, 2013  BENJAMIN B. WAGNER
United States Attorney

/S/ Dennis S. Waks for
TODD D. LERAS
Assistant U.S. Attorney

**ORDER**

For Good cause appearing:

**IT IS ORDERED** that this matter is continued to June 13, 2013, at 9:30 a.m.;

**IT IS FURTHER ORDERED** that the period from May 9, 2013, up to and including June 13, 2013, is excluded pursuant to Title 18, United States Code, §3161(h)(7)(B)(iv)(Reasonable time to prepare) and [Local Code T4]; and,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED:     May 8, 2013

_____
Troy L. Nunley
United States District Judge