```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Ste 10-100
    Sacramento, CA 95814
 4  Telephone (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA    ) CR. NO. 2:12-cr-0257 TLN
                                )
12            Plaintiff,        )
                                ) STIPULATION AND ORDER
13       v.                     ) TO CONTINUE STATUS CONFERENCE
                                )
14  PEDRO SOLIS RUIZ,           )
                                )
15            Defendant.        )
16  _____)
17
18       The United States of America, through Assistant United States
19  Attorney Todd D. Leras, and the defendant Pedro Ruiz, through his
20  counsel, Dennis Waks, stipulate and agree to continue the status
21  conference, scheduled for June 13, 2013, to July 11, 2013, at 9:30
22  a.m.
23       The government has previously provided defense counsel with a
24  written Plea Agreement.  Defense counsel, however, needs additional
25  time to discuss the proposed resolution and review its terms with
26  his client, and to advise defendant on how to proceed.  The
27  additional time is therefore needed for attorney preparation and
28  continuity of counsel.  Both parties request that time be excluded
```

1

pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and continuity of counsel). The parties agree to an exclusion of time for the reasons stated above up to and including July 11, 2013.

Dennis Waks has authorized Assistant U.S. Attorney Todd Leras to sign this stipulation on his behalf.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 11, 2013 By: /s/ Todd D. Leras
TODD D. LERAS
Assistant U.S. Attorney

DATED: June 11, 2013 By: /s/ Todd D. Leras for
DENNIS WAKS
Attorney for Defendant

**ORDER**

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for June 13, 2013, is continued to July 11, 2013, at 9:30 a.m. Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including July 11, 2013.

DATED: June 11, 2013

Troy L. Nunley
United States District Judge