```
1  DENNIS S. WAKS, Bar #142581
   Attorney at Law
2  455 Capitol Mall, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 498-9871

4  Attorney for Defendant
   PEDRO SOLIS RUIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:12-cr-0257 TLN |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| PEDRO SOLIS RUIZ, | ) Date: August 1, 2013 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Troy L. Nunley |

The United States of America, through Assistant United States Attorney Todd D. Leras, and the defendant Pedro Ruiz, through his counsel, Dennis S. Waks, stipulate and agree to continue the status conference, scheduled for July 11, 2013, to August 1, 2013, at 9:30 a.m.

The government has previously provided defense counsel with a written Plea Agreement. Defense counsel, however, needs additional time to discuss the proposed resolution and review its terms with his client, and to advise the defendant on how to proceed. The additional time is therefore needed for attorney preparation and

1

continuity of counsel. Both parties request that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and continuity of counsel). The parties agree to an exclusion of time for the reasons stated above up to and including August 1, 2013.

Respectfully submitted,

DATED: July 8, 2013      /s/ Dennis S. Waks
Attorney for Defendant
PEDRO SOLIS RUIZ

BENJAMIN B. WAGNER
United States Attorney

DATED: July 8, 2013      /s/ Dennis S. Waks for
TODD D. LERAS
Assistant U.S. Attorney

**ORDER**

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for July 11, 2013, is continued to August 1, 2013, at 9:30 a.m. Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time

under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including August 1, 2013.

DATED: July 10, 2013

_____
Troy L. Nunley
United States District Judge