DENNIS S. WAKS, Bar #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9871

Attorney for Defendant
PEDRO SOLIS RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br>  </br> Plaintiff, </br>  </br> v. </br>  </br> PEDRO SOLIS RUIZ, </br>  </br> Defendant. | NO. 2:12-cr-0257 TLN </br>  </br> STIPULATION AND ORDER </br> TO CONTINUE STATUS CONFERENCE </br>  </br> Date: September 19, 2013 </br> Time: 9:30 a.m. </br> Judge: Hon. Troy L. Nunley |

The United States of America, through Assistant United States Attorney Todd D. Leras, and the defendant Pedro Ruiz, through his counsel, Dennis S. Waks, stipulate and agree to continue the status conference, scheduled for August 1, 2013, to September 19, 2013, at 9:30 a.m.

The government has previously provided defense counsel with a written Plea Agreement. Defense counsel, however, needs additional time to discuss the proposed resolution and review its terms with his client, and to advise the defendant on how to proceed. The additional time is therefore needed for attorney preparation and

1

continuity of counsel. Both parties request that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and continuity of counsel). The parties agree to an exclusion of time for the reasons stated above up to and including September 19, 2013.

Respectfully submitted,

DATED: July 30, 2013  /s/ Dennis S. Waks
Attorney for Defendant
PEDRO SOLIS RUIZ

BENJAMIN B. WAGNER
United States Attorney

DATED: July 30, 2013  /s/ Dennis S. Waks for
TODD D. LERAS
Assistant U.S. Attorney

**ORDER**

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for August 1, 2013, is continued to September 19, 2013, at 9:30 a.m. Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time

under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including September 19, 2013.

DATED: July 30, 2013

_____
Troy L. Nunley
United States District Judge