```
 1  DENNIS S. WAKS, Bar #142581
    Attorney at Law
 2  455 Capitol Mall, Suite 350
    Sacramento, California 95814
 3  Telephone: (916) 498-9871

 4  Attorney for Defendant
    PEDRO SOLIS RUIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:12-cr-0257 TLN |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| PEDRO SOLIS RUIZ, | ) Date: November 14, 2013 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Troy L. Nunley |

The United States of America, through Assistant United States Attorney Todd D. Leras, and the defendant Pedro Ruiz, through his counsel, Dennis S. Waks, stipulate and agree to continue the status conference, scheduled for September 19, 2013, to November 14, 2013, at 9:30 a.m.

The government has previously provided defense counsel with a written Plea Agreement. Defense counsel, however, needs additional time to discuss the proposed resolution and review its terms with his client, and to advise the defendant on how to proceed. A.U.S.A. Todd Leras will be leaving the U.S. Attorney's office this Friday,

1

September 20, 2013 and defense counsel will be on vacation from September 21, 2013 to October 8, 2013.  The additional time is therefore needed for attorney preparation and continuity of counsel. Both parties request that time be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and(B)(iv) and Local Code T-4 (attorney preparation and continuity of counsel).  The parties agree to an exclusion of time for the reasons stated above up to and including November 14, 2013.

Respectfully submitted,

DATED: September 16, 2013         /s/ Dennis S. Waks
                                  Attorney for Defendant
                                  PEDRO SOLIS RUIZ

                                  BENJAMIN B. WAGNER
                                  United States Attorney

DATED: September 16, 2013         /s/ Dennis S. Waks for
                                  TODD D. LERAS
                                  Assistant U.S. Attorney

## ORDER

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for September 19, 2013, is continued to November 14, 2013, at 9:30 a.m.  Based on the

2

representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 up to and including November 14, 2013.

DATED: September 16, 2013

Troy L. Nunley
United States District Judge